UNITED STATES BANKRUPTCY COURT
**Northern** District Of **Mississippi**

In re **Andrhoc, Inc.**
*Debtor*

Case No. **09-13973**

Chapter **7**

(when applicable, adversary caption should be used as set out below)

_____
*Plaintiff*

_____
*Defendant*

Adv. Proc. No. _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and/or 7007.1 and to enable Judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for **Andrhoc, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report.

_____

_____

_____

( X ) None [*Check if applicable*]

DATE: **August 5, 2009**

**/s/ David E. Rozier, Jr.**
Signature of Attorney or Litigant
Counsel for **Andrhoc, Inc.**
Address, telephone number, Bar number
**2091 Old Taylor Rd., Suite 102**
**Oxford, MS 38655**
**(662) 234-0065**
**Bar No. 5712**

CLF 166
(02-07-03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: **Andrhoc, Inc.**

CASE NO. **09-13973**

DEBTOR(S)

VERIFICATION OF MATRIX

    The undersigned Debtor(s) hereby verifies that the attached list of creditors is true and correct.

DATED: **August 5, 2009**

**/s/ Rhonnie Cummins**
DEBTOR

**/s/ Andrea Cummins**
JOINT DEBTOR

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Andrhoc, Inc.**
_____,
        Debtor

Case No. **09-13973**
_____
       (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____
                         Debtor

Date _____

Signature: _____
                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the **President** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **corporation** _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __08/05/2009__

Signature: __/s/ Andrea Cummins__
_____

                 **President**
            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Mississippi

In re  Andrhoc, Inc.                                ,                     Case No.  09-13973
_____
Debtor

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 197,394.33 | | |
| B - Personal Property | YES | 3 | $ 6,825.67 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $ 3,987,752.26 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 2,674.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 269,249.15 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 20 | $ 204,220.00 | $ 4,259,676.38 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Mississippi

In re  Andrhoc, Inc. _____,          Case No.  09-13973 _____
                    Debtor

                                                Chapter  7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 2,674.97 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 2,674.97 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 4,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 2,674.97 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 269,249.15 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 273,249.15 |

B6A (Official Form 6A) (12/07)

In re Andrhoc, Inc. _____
                    Debtor

Case No. 09-13973
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1.  1619 Pierce Ext. Oxford, MS 38655 | Legal Interest | J | $18,944.72 | $180,055.28 |
| 2.  Fallsgrove Development | Legal Interest | J | $133,342.66 | $671,657.34 |
| 3.  318 Overton School Rd. Potts Camp, MS 38659 | Legal Interest | J | $1,479.62 | $43,520.38 |
| 4.  County Road 311 Oxford, MS 38655 | Legal Interest | J | $24,682.61 | $75,317.39 |
| 5.  1015 N. Lamar Oxford, MS 38655 | Legal Interest | J | $18,944.72 | $73,317.39 |
| | | Total | $197,394.33 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re Andrhoc, Inc. _____,          Case No. 09-13973 _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Commerce Acct# XXXX0901 Renasant Bank Acct#XXXXXX1388 Oxford University Bank Acct#XX369 First National Acct#XXX7062 | J | 375.67 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

**In re Andrhoe, Inc.** ,
    **Debtor**

Case No. <u>09-13973</u>
   (If known)

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re Andrhoc, Inc. _____ ,        Case No. 09-13973 _____
                    **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | J | 5,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | J | 1,350.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0___ continuation sheets attached    Total▶     $            6,825.67

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **Andrhoc, Inc.**                                                                    Case No.    **09-13973**
                          **Debtor**                                                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[ ]    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 4128**  Bancorp South  P.O. Box 789  Oxford, MS 38655 | X | J | 1619 Pierce Ext.  VALUE: Unknown | | | | 180,055.28 | |
| **ACCOUNT NO. 9986**  Bancorp South  P.O. Box 789  Oxford, MS 38655 | X | J | 318 Overton School  VALUE: Unknown | | | | 43,520.38 | |
| **ACCOUNT NO. 7618**  Bancorp South  P.O. Box 789  Oxford, MS 38655 | X | J | Auto Loan  VALUE: $18,475 | | | | 6,106.00 | |
| 4 continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $       229,681.66 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B 6D (Official Form 6D) (12/07) — Cont.

In re Andrhoc, Inc.                                          Case No.    09-13973
        Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDAT | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 8990** <br> Bancorp South <br> P.O. Box 789 <br> Oxford, MS 38655 | X | J | Fallsgrove #32 <br><br> VALUE: Unknown | | | | 168,469.50 | |
| **ACCOUNT NO. 8951** <br> Bancorp South <br> P.O. Box 789 <br> Oxford, MS 38655 | X | J | Fallsgrove Development <br><br> VALUE:  Unknown | | | | 363,657.34 | |
| **ACCOUNT NO. 6255** <br> Bank of Commerce <br> 1610 W. Jackson Ave. <br> Oxford, MS 38655 | X | J | Fallsgrove #18 <br><br> VALUE: Unknown | | | | 150,919.93 | |
| **ACCOUNT NO. 6256** <br> Bank of Commerce <br> 1610 W. Jackson Ave. <br> Oxford, MS 38655 | X | J | Fallsgrove #19 <br><br> VALUE:  Unknown | | | | 153,593.39 | |
| **ACCOUNT NO. 6257** <br> Bank of Commerce <br> 1610 W. Jackson Ave. <br> Oxford, MS 38655 | X | J | Fallsgrove #20 <br><br> VALUE:  Unknown | | | | 156,068.41 | |

Sheet no. __1__ of __4__
Continuation sheets attached to
Schedule of Creditors Holding
Secured Claims

Subtotal (s) (Total(s) of this page)        $992,735.57

Total(s) ► (Use only on last page)        $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

6D (Official Form 6D) (12/07) – Cont.

In re Andrhoc, Inc.

Debtor

Case No.    09-13973

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDAT | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6936 | | | | | | | | |
| Bank of Commerce 1610 W. Jackson Ave. Oxford, MS 38655 | X | J | Fallsgrove #4 | | | | 161,619.48 | |
| | | | VALUE:  Unknown | | | | | |
| ACCOUNT NO. 7800 | | | | | | | | |
| First National Bank P.O. Box 847 Oxford, MS 38655 | X | J | 1015 N. Lamar | | | | 52,460.32 | |
| | | | VALUE:  Unknown | | | | | |
| ACCOUNT NO. 2760 | | | | | | | | |
| Ford Motor Credit Dept. 55953 P.O. Box 55000 Detroit, MI 48255 | X | J | 2007 Ford F-150 | | | | 6,017.03 | |
| | | | VALUE: $15,270 | | | | | |
| ACCOUNT NO. N/A | | | | | | | | |
| Grantham Development 2020 University Ave. Oxford, MS 38655 | X | J | Fallsgrove Development | | | | 249,260.00 | |
| | | | VALUE: Unknown | | | | | |
| ACCOUNT NO. N/A | | | | | | | | |
| Jerry Wilson 409 CR 343 Taylor, MS 38673 | X | J | 2304 Jackson Avenue | | | | 300,000.00 | |
| | | | VALUE: Unknown | | | | | |

Sheet no.  2   of   4
Continuation sheets attached to
Schedule of Creditors Holding
Secured Claims

Subtotal (s) (Total(s) of this page)

$ 769,356.83

Total(s) ▶ (Use only on last page)

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re Andrhoe, Inc._____    Case No.___09-13973____
      **Debtor**    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7646 |  |  |  |  |  |  |  |  |
| Mechanics Bank P.O. Box 707 Water Valley, MS 38965 | X | J | 2304 Jackson Ave.  VALUE: Unknown |  |  |  | 1,006,406.34 |  |
| ACCOUNT NO. 8645 |  |  |  |  |  |  |  |  |
| Merchants & Farmers c/o Mitchell, McNutt & Sams, P.A. P.O. Box 947 Oxford. MS 38655 | X | J | Cross Creek Development  VALUE: Unknown |  |  |  | 412,622.52 |  |
| ACCOUNT NO. 5800 |  |  |  |  |  |  |  |  |
| Oxford University Bank 1550 University Ave. Oxford, MS 38655 | X | J | 1618 Pierce Ext.  VALUE: Unknown |  |  |  | 203,838.28 |  |
| ACCOUNT NO. 8100 |  |  |  |  |  |  |  |  |
| Oxford University Bank 1500 University Ave. Oxford, MS 38655 | X | J | County Rd. 311  VALUE: Unknown |  |  |  | 50,186.40 |  |
| ACCOUNT NO. 0278 |  |  |  |  |  |  |  |  |
| Renasant Bank P.O. Box 709 Tupelo, MS 38802 | X | J | Lot 50 Cross Creek  VALUE: Unknown |  |  |  | 144,053.67 |  |

Sheet no.__3__ of __4__
Continuation sheets attached to
Schedule of Creditors Holding
Secured Claims

Subtotal (s) (Total(s) of this page)    $ 1,817,107.21

Total(s) ► (Use only on last page)    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D) (12/07) – Cont.

In re Andrhoc, Inc.
        **Debtor**

Case No.___09-13973___
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDAT | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 0437** | | | | | | | | |
| Renasant Bank P.O. Box 709 Tupelo, MS 38802 | X | J | Tractor VALUE: $1,000 | | | | 5,000.00 | 4,000 |
| **ACCOUNT NO. 2785** | | | | | | | | |
| Renasant Bank P.O. Box 709 Tupelo, MS 38802 | X | J | CR 311 VALUE: Unknown | | | | $25,130.99 | |
| **ACCOUNT NO.** | | | | | | | | |
| Tom Davis 1015 University Ave. Oxford, MS 38655 | X | J | Fallsgrove Development VALUE: | | | | 58,740.00 | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | VALUE: | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no.__4__ of __4__
Continuation sheets attached to
Schedule of Creditors Holding
Secured Claims

Subtotal (s) (Total(s) of this page)

| | |
|---|---|
| $ 88,870.99 | $4,000.00 |

Total(s) ▶ (Use only on last page)

| | |
|---|---|
| $ 3,897,752.26 | $4,000.00 |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re Andrhoc, Inc. _____,                    Case No. 09-13973 _____
                    **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor may have with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Andrhoc, Inc. _____ ,          Case No. 09-13973 _____
            **Debtor**                                     **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                             1   continuation sheets attached

B 6E (Official Form 6E) (12/07) -- Cont.

In re  Andrhoc, Inc. _____ ,   Case No.  09-13973 _____
                 **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  N/A <br><br> City of Oxford Tax Collector <br> 107 Courthouse Square <br> Oxford, MS 38655 | X | J | July 2009 | | | | 1,621.71 | 1,621.71 | |
| Account No.  N/A <br><br> Lafayette County Tax Collector <br> 300 N. Lamar, Suite 103 <br> Oxford, MS 38655 | X | J | July 2009 | | | | 1,053.26 | 1,053.26 | |
| Account No. <br><br><br> | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 2,674.97   $ 2,674.97

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 2,674.97

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 2,674.97   $

B 6F (Official Form 6F) (12/07)

In re Andrhoc, Inc.                                                Case No.      09-13973
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  N/A <br><br> A&D Turf Grass, Inc. <br> 700 Hwy. 7 South <br> Oxford, MS 38655 | X | J | July 2008 – Goods | | | | $2,021.90 |
| ACCOUNT NO. 8265 <br><br> Bank of America <br> P.O. Box 851001 <br> Dallas, TX 75285 | X | J | July 2009 – Credit Card | | | | 19,562.15 |
| ACCOUNT NO. 0452 <br><br> Bank of America <br> P.O. Box 851001 <br> Dallas, TX 75285 | X | J | July 2009 – Credit Card | | | | 8,914.12 |
| ACCOUNT NO. 5502 <br><br> Bank of America <br> P.O. Box 851001 <br> Dallas, TX 75285 | X | J | July 2009 – Credit Card | | | | 26,254.16 |
| | | | | | | Subtotal | $ 56,752.33 |
| 5 continuation sheets attached <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical <br> Summary of Certain Liabilities and Related Data.) | | | | | | Total | $ |

B 6F (Official Form 6F) (12/07) - Cont.

In re Andrhoc, Inc.,
           **Debtor**

Case No. <u>09-13973</u>
        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1424<br><br>Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197 | X | J | July 2009 - CC | | | | 960.08 |
| ACCOUNT NO. 5066<br><br>Citi Cards<br>P.O. Box 6401<br>The Lakes, NV 88901 | X | J | July 2009 - CC | | | | 29,347.97 |
| ACCOUNT NO. 6559<br><br>Citi Cards<br>4600 Houston Rd.<br>Florence, KY 41042 | X | J | July 2009 - CC | | | | 29,040.00 |
| ACCOUNT NO. N/A<br><br>Clean Earth Solutions, LLC<br>P.O. Box 179<br>Marks, MS 38646 | X | J | April 2009 – Services | | | | 1,430.00 |
| ACCOUNT NO. 362<br><br>Drewery's Termite<br>6 County Road 461<br>Oxford, MS 38655 | X | J | June 2008 – Services | | | | 490.96 |

Sheet no. _1_ of _5_ continuation sheets attached
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $ 61,269.01

Total $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Andrhoc, Inc. _____    Case No.    09-13973
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7776<br><br>Family Business Services<br>P.O. Box 269<br>Gastonia, NC 28053 | X | J | July 2009 - Services | | | | 1,034.00 |
| ACCOUNT NO. N/A<br><br>Financial Asset Management<br>P.O. Box 451409<br>Atlanta, GA 31145 | X | J | June 2009 - Services | | | | 769.49 |
| ACCOUNT NO. N/A<br><br>Franklin Heat & Air, Inc.<br>P.O. Box 933<br>Oxford, MS 38655 | X | J | September 2008 – Services | | | | 10,588.00 |
| ACCOUNT NO. 1097<br><br>Lamar Advertising Co.<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | X | J | May 2008 - Services | | | | 5,200.00 |
| ACCOUNT NO. N/A<br><br>M&F Business Credit<br>P.O. Box 1530, Dept. 130<br>Southaven, MS 38671 | X | J | October 2007 - Goods | | | | 8,604.92 |

Sheet no.  2  of  5  continuation sheets attached
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 26,196.41

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Andrhoc, Inc. _____

        **Debtor**

Case No.    09-13973
       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N/A<br><br>Oxford Sand Co.<br>107 Cedar Hill Dr.<br>Oxford, MS 38655 | X | J | May 2007 – Goods | | | | 45,954.18 |
| ACCOUNT NO. 9862<br><br>Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285 | X | J | July 2009 - Goods | | | | 465.45 |
| ACCOUNT NO. 2755<br><br>Reliable Glass & Paint<br>607 S. 16th St.<br>Oxford, MS 38655 | X | J | May 2009 – Services | | | | 10,280.39 |
| ACCOUNT NO. N/A<br><br>Rex Ashley<br>15 Reynolds St.<br>Pontotoc, MS 38863 | X | J | December 2008 - Services | | | | 4,270.31 |

Sheet no.  3  of  5  continuation sheets attached
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    $ 60,970.33

Total   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Andrhoc, Inc
_____
Debtor

Case No.   09-13973
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1706 <br><br> Richmond North Associates, Inc. <br> P.O. Box 963 <br> Amherst, NY 14226 | X | J | April 2009 – Goods Purchased | | | | 465.40 |
| ACCOUNT NO. 1931 <br><br> RMS <br> P.O. Box 5471 <br> Mt. Laurel, NJ 08054 | X | J | June 2009 – Services Purchased | | | | 1,620.00 |
| ACCOUNT NO. 4368 <br><br> Sherwin Williams, Co. <br> 2617 W. Oxford Loop <br> Oxford, MS 38655 | X | J | June 2009 – Services Purchased | | | | 10,795.88 |
| ACCOUNT NO. 292 <br><br> Smith Building Supply, Inc. <br> 102 Hwy. 334 <br> Oxford, MS 38655 | X | J | April 2009 - Goods | | | | 41,475.77 |
| ACCOUNT NO. N/A <br><br> University Directories <br> P.O. Box 8830 <br> Chapel Hill, NC 27515 | X | J | June 2009 - Services | | | | 626.78 |

Sheet no.   4   of   5    continuation sheets attached
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $ 54,983.83

Total   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Andrhoc, Inc. _____          Case No.    09-13973
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N/A<br><br>University Rentals<br>1431 S. 10th St.<br>Oxford, MS 38655 | X | J | June 2009 - Services | | | | 4,622.24 |
| ACCOUNT NO. N/A<br><br>WillStaff Worldwide<br>P.O. Box 277534<br>Atlanta, GA 30384 | X | J | June 2009 – Services | | | | 4,455.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 5 of 5 continuation sheets attached
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 9,077.24

Total $ 269,249.15
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)