## 09-13973-DWH Andrhoc, Inc.

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** David W. Houston III
**Date filed:** 08/05/2009 **Date of last filing:** 09/11/2009

# Creditors

**A&D Turf Grass, Inc.**
700 Hwy. 7 South
Oxford, MS 38655

(2306568)
(cr)

**Bancorp South**
P.O. Box 789
Oxford, MS 38655

(2306569)
(cr)

**BancorpSouth Bank**
c/o Les Alvis
P.O. Box 1836
Tupelo, MS 38802

(2292936)
(cr)

**Bank of America**
P.O. Box 851001
Dallas, TX 75285

(2306570)
(cr)

**Bank of Commerce**
1610 W. Jackson Ave.
Oxford, MS 38655

(2306571)
(cr)

**Capital One**
P.O. Box 6492
Carol Stream,IL 60197

(2306572)
(cr)

**Citi Cards**
P.O. Box 6401
The Lakes, NV 88901

(2306573)
(cr)

**City of Oxford Tax Collector**
107 Courthouse Square
Oxford, MS 38655

(2306574)
(cr)

**Clean Earth Solutions of MS, LLC**

P.O. Box 179
Marks, MS 38646

(2306575)
(cr)

**Drewery's Termite**
6 County Rd. 461
Oxford, MS 38655

(2306576)
(cr)

**Family Business Services**
P.O. Box 269
Gastonia, NC 28053

(2306577)
(cr)

**Financial Asset Management**
P.O. Box 451409
Atlanta, GA 31145

(2306578)
(cr)

**First National Bank**
P.O. Box 847
Oxford, MS 38655

(2306579)
(cr)

**Ford Motor Credit**
P.O. Box 689007
Franklin, TN 37068

(2306580)
(cr)

**Franklin Heat & Air, Inc.**
P.O. Box 933
Oxford, MS 38655

(2306581)
(cr)

**Grantham Development**
2020 University Ave.
Oxford, MS 38655

(2306582)
(cr)

**Jerry Wilson**
409 CR 343
Taylor, MS 38673

(2306583)
(cr)

**Lafayette County Tax Collector**
300 North Lamar, Suite 103
Oxford, MS 38655

(2306584)
(cr)

**Lamar Advertising Co.**
P.O. Box 96030
Baton Rouge, LA 70896

(2306585)
(cr)

**M&F Business Credit**
P.O. Box 1530 Dept. 130
Southaven, MS 38671

(2306586)
(cr)

**Mechanics Bank**
P.O. Box 707
Water Valley, MS 38965

(2306587)
(cr)

**Merchants & Farmers Bank**
c/o Mitchell, McNutt & Sams, P.A.
P.O. Box 947
Oxford, MS 38655

(2306588)
(cr)

**Oxford Sand Co.**
107 Cedar Hill Dr.
Oxford, MS 38655

(2306589)
(cr)

**Oxford University Bank**
1550 University Ave.
Oxford, MS 38655

(2306590)
(cr)

**Pitney Bowes**

P.O. Box 856390
Louisville, KY 40285

(2306591)
(cr)

**Reliable Glass & Paint**
607 S. 16th St.
Oxford, MS 38655

(2306592)
(cr)

**Renasant**
P.O. Box 709
Tupelo, MS 38802

(2306593)
(cr)

**Rex Ashley**
15 Reynolds St.
Pontotoc, MS 38863

(2306594)
(cr)

**Richmond North Associates, Inc.**
P.O. Box 963
Amherst, NY 14226

(2306595)
(cr)

**Riley, Caldwell, Cork, & Alvis P.A.**

207 Court St.
P.O. Box 1836
Tupelo, MS 38802

(2306596)
(cr)

**RMS**
P.O. Box 5471
Mt. Laurel, NJ 08054

(2306597)
(cr)

**Sherwin Williams Co.**
2617 W. Oxford Loop
Oxford, MS 38655

(2306598)
(cr)

**Smith Building Supply, Inc.**
102 Hwy. 334
Oxford, MS 38655

(2306599)
(cr)

**Tom Davis**
1015 University Ave.
Oxford, MS 38655

(2306600)
(cr)

**University Directories**
P.O. Box 8830
Chapel Hill, NC 27515

(2306601)
(cr)

**University Rentals**
1431 S. 10th Street
Oxford, MS 38655

(2306602)
(cr)

**WillStaff Worldwide**
P.O. Box 277534
Atlanta, GA 30384

(2306603)
(cr)